

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00323-CV
_____

**IN RE THE BELL CHILDREN'S TRUST**

On Appeal from the 100th District Court
Hall County, Texas
Trial Court No. 8160, Honorable Stuart Messer, Presiding

October 13, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Ashley Liah Bell, appeals from the trial court's *Final Judgment*. Now pending before this Court is Bell's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning the payment of costs,

costs will be taxed against Bell.  *See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam